1  Andrew Adam
   General Delivery
   Roseville Ca 95678
2  515-991-9940

**FILED**

SEP 0 9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

3         UNITED STATES DISTRICT COURT FOR

4         THE EASTERN DISTRICT OF CALIFORNIA

5                                    2:1 4 - CV   2 0 9 1 MCE GGH PS

6  Andrew Adam                      )  Case No.: No. _____
                                    )  My children back
7  vs.                              )  Injunctive relief
                                    )  40,000,000 dollars
8  child protective services        )  Judicial inquiry board
                                    )  u.s.c. ethics reveiw board
9  placer county counsel            )  Special injunction (stop proceedings)
                                    )
10 Heather Debono                   )
                                    )
11 Amy Burton

12 Colleen Nichols

13 Gabriel Hogan

14 Rebecca Bowman

15

16 _____

17 42usc1983  abuse of immunities   American's with disabilities act

18              Complaint,

19        Using false allegations of domestic violence; in the presence of our children 2010, 2011, 2012, and

20 2014 to viciously pursue a previously treated mental health diagnosis. That our children weren't even born in

21 2010 2011. Nor are there any credible witnesses that have known us for any length of time; nor police reports.

22 Cps lying that supplemental security income is my only means of income, that the mental health diagnosis

23 is/was untreated, that I am/was verbally abusive towards my wife causing our daughter to cry at any of the

24 interviews where the three of us were present. Our children were not removed at any interview because the

25 allegations of abuse are false. They were only removed after false allegations were submitted including

26 driving with out a license and domestic violence .

1    Placer county counsel obfuscating resubmission of already retracted false statement page 48 line 19-

2  20 of May 25 2014. amended filing.  Continuing to allow testimony from sources already found to be

3  unreliable [Gabriel Hogan] . I had a driver while my wife was in the hospital contrary to Gabriel Hogan's

4  statement in the original warrant that R Bowman would not represent me about.

5    including but not limited to 42usc1983. breaching immunities from prosecution. discrimination,

6  Harassment, slander, and intentionally inflicting emotional abuse to create an environment consistent with

7  misdiagnosis of mental health disorders during the three hottest months in placer county California while

8  adversely affecting person, property, and reputation. Abuse of power in total disregard for constitutional

9  rights to life liberty and the pursuit of happiness.

10    NOTE :This is the second time someone has committed a felony against me and I was punished for

11  ahaving had a mental health diagnosis. Case number 07 cm 331 june –oct 2007 was dismissed after a thirty

12  day diagnosis revealed I did not require medication. The same bias was used saying that I did not

13  comprehend the words coming out of my mouth where the girl I was talking with called the police and

14  reported me as having held a gun to her head and asking what she was going to do. *retracted before arrest.*

15    My children returned to my wife and I immediately, adequate housing to put us back in the same

16  position we would be in before cps intervention. I am requesting a special injunction to stop the horrible

17  outrage that is happening to my family with complete disregard for the rules of law because of immunities

18  given to the judges, attorneys, and child protective services workers that grant a seriously large amount of

19  immunity from prosecution. 10,000,000.00 dollars for emotional and reputation damages and the first 5

20  months of my second daughters life I have been excluded from as well as my first daughters 22-27 that cannot

21  ever be lived again.

22    Dated this 5th day of September 2014

23

24    Andrew Adam
   General delivery
25    Roseville ca 95678
   515-991-9940

26  *inflicting physical suffering on a person with a physical disability !*

Summary of Pleading - 2



Furthermore agents of c.p.s. passed a diagnosis from person to person; agency to agency; placer county counsel, kirby hills mental health center, California dependency court. Where the diagnosis has been beaten into the ground {harassment} by several l.m.f.t. and l.c.s.w.. None of them have said that I am a threat to my daughter or that I am incapable of performing the tasks necessary in child rearing {defamation of character}. I have not been found unfit to stand trial; all my requests for a psychiatrist recognized by the court to determine fitness for child rearing have been ignored. Where the D.M.V. only recognize psychiatrist's letters for motor vehicle operation, employers ,and any court in the U.S.A. I have been harassed, threatened with removal of my children, and victimized.

On another very serious note Placer county counsel represents not only C.P.S. but also Kirby hills mental health center; where Gabriel Hogan is known personally and professionally by the staff.

Crime can happen anywhere by anyone to anyone at any time and placer county counsel C.P.S. nor the church community are immune from being the cause or the receiver; I find myself in a very difficult position that the agencies involved hold a great amount of respect and favor where in this instance that favor and respect have been abused to hide a mistake that has caused my family great pain and has come to the point of criminal actions against innocent people because cps gabby Hogan are not only unwilling to admit they made a mistake but abuse their immunities by resubmitting already retracted false allegations as previously stated on page 48 lines 19-20 of the report dated at bottom of page may 29 2014; two specific dates were chosen out of 16 filing dates.

I have submitted what evidence I have available today

A) Multiple reports by c.p.s. making slanderous statement like their "clothes are old, very old." His only income is ssi. Saying that moving closer to my brother because he was undergoing life threatening serjury for sleep apnea was due to a mental health issue. That my wife and I have been committing acts of domestic violence in front of our children. Mostly, that they claim I do not or did not comprehend that there is a difference between arguing and verbal abuse where the reporting parties witnessed only arguing and a very physically ill man very tired from the road in need of emergency housing for a few weeks till the apartment his wife and child had waiting for them would've been obtained. Unfortunately cps told my wife she and I; we could not move out of Sacramento county while under investigation where i tried to tell my my we could because they did not have the authority to tell us we couldn't move into adequate housing. Undermining my authority as a husband by setting my wifes will against me and violating 1 peter chapter 3.
B) Letter from Richard L. Shelley regarding physical domestic violence reports.{[Equal Prot. Of Law] perjury from G. Hogan and cps agents reporting as fact to this court}
C) Letter from Kelsey Scott refuting driving while without a license.
D) 2007 mental health release evaluation report from Andrew McFarland mental health center that when combined with a previous report from {[note:record not obtained yet for heritage behavioral health center] you will see beyond a shadow of a doubt a bias. Having a previous diagnosis the psychiatrist's tend to uphold their peers previous diagnoses. Where the only psychologist that had adequate time to get to know me on the housing unit and was not

Most importantly the right's of my children have been violated concerning their right's according adequately searching for indian heritage among the 36 individual tribes of Oklahoma where it is presumed by my wife Kimberly lockwood , myself, c.p.s., and the ca juv. Dependaency court judges; that Florence polk or Webb may be a member ..Inadequately searching b.i.a.'s where the agencies involved know that none of the b.i.a. agencies including the Washington office have a full record of members of federally recognized tribes. Where the individual heads of the tribes have to be contacted in the state of Oklahoma to determine validity of claim....where it is in the best interest of the children to receive TOTAL protection of the law even so far as to negate immunities from prosecution for gross negligence and derelict of duty by not fully participating in court ordered activities in locating possible American Indian heritage .

More than that falsely accusing the father and mother and then failing to fully participate in adequately searching for indian heritage ~~especially is to show~~ a complete lack of concern for my childrens rights.

Shows

Transient/in transition
Andrew Adam
General delivery
Rose ville California
95678

Note: I have more evidence of the criminal actions that have been taken against me, to prove my case beyond a shadow of a doubt, but have had many delay's (not avail at this time)

Andrew Adam
9-9-14
10:15pm

perpetrating a crime against me gave me a favorable diagnoses. Though he did note me as having a mood disorder alcohol dependency and anti social personality disorder these were obtained while being housed by the sixth judicial court of Illinois in the hopes that an n.g.r.i. plea would be forced upon me. Had I taken medication which they were hoping as well as cps for their scare tactics that worked on my wife but set me to the most furious loathing wrath one can burn with for their crimes against my children wife and self.

Asking that the 2 judges and (attorney's(all) actions be reveiwed and a halt to the proceedings in there totality. adoption is Pending. Also that I be informed of any actions concening my children's names, (social security numbers (entitlements) or other actions ~~such as adoption that~~ I ask because I have not only been Slandered exetera but lied to!

Transient/intransition.
Andrew Adam
General delivery
Roseville Ca 95678

lastly I note ALHM BUDSMAN SPOKE to me once tano avail. I sent in a complaint via the Attorney Generals office and they say they have no jurisdiction regarding criminally victimizing an american and his family in so doing. Andrew Adam
General delivvy
Roseville Ca 95678

MARCH 18 2014 I WAS ARRESTED

ON DOMESTIC VIOLENCE CHARGES.
I WAS NEVER CHARGED WITH ANYTHING
AND RELEASED AFTER FIVE DAYS.
THE D.A. REFUSED TO FILE FOR
LACK OF EVIDENCE.
   I WAS ARRESTED AT THE GATHERING
INN ON THE INSISTANCE OF GABRIEL
HOGAN.

Richard L Shelley

Richard L Shelley     8·24·14

I Kelsey Scott drove Andrew adam to the hospital with his child to see his wife and to and from the gathering inn to churches April 10 and the morning of the eleventh.

*signed*

Drivers license #
E3543a70

__X__ NCIC  __X__ STATE

## *SUPERIOR COURT OF CALIFORNIA*

## *COUNTY OF PLACER*

## *JUVENILE COURT*

In the Matter of:     ADAM, KATTALLA

a minor.

Case No: 53-004030

### PROTECTIVE CUSTODY WARRANT

***THE PEOPLE OF THE STATE OF CALIFORNIA*** to any peace officer of said State: A petition having been filed in the above entitled Court on the 14th day of April, 2014, alleging the above named minor to be a person coming within the provisions of Section 300 of the Welfare and Institutions Code. Pursuant to Welfare & Institution Code §340, it appearing to the court that the circumstances of the minor's home environment endanger the health, person, or welfare of this minor and that continuance of the minor in the home of the parent(s) is contrary to the welfare of the minor.

***YOU ARE THEREFORE COMMANDED FORTHWITH*** to detain the above named minor and place said minor in the protective custody of Placer County Children System of Care, Department of Health and Human Services.

Serviceable Day or Night

Dated: 4/14/14

_____
Judge/Commissioner of the Juvenile Court

Frances Kearney

### *LOCATION AND DESCRIPTION OF SUBJECT*

LAST KNOWN ADDRESS:   201 Berkely Ave., Roseville, CA 95678
DOB: 6/07/2012
Age: 22 months
Sex:   Female
Race:  Caucasian
Weight: 40 lbs. (approx.)
Height:  36" (approx.)
Hair:  Light Brown
Eyes:  Hazel

RECALLED
By_____Clerk
PCSO Clerk Karen
Date 4-15-14  Time 9:25 am

Authorization for release of psychiatric evaluation reports done by Dr. eugene Roeder about ~~Andrew~~ Adam to be released to Kimberly Lockwood from ~~cos~~ Judge Gazzaniga, Suzanne. On or about 7-26-14 through 8-7-14.

I Andrew Adam hereby authorize Kimberly Lockwood to recieve a copy of the fitness evaluation report done by Dr. Eugene Roeder.

Andrew Adam

8-7-14

Kimberly Lockwood

8-7-14

*been trying 4 on 4 months to let them know they didn't have a case*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

APR 1 4 2014

JAKE CHATTERS
EXECUTIVE OFFICER & CLERK
By N. Taggart, Deputy

1   GERALD O. CARDEN, County Counsel, SBN 093599
    PLACER COUNTY COUNSEL/HHS DIV
2   175 Fulweiler Avenue
    Auburn, CA 95603
3   (530) 886-4630 FAX (530) 886-4631
4   ATTORNEY FOR: Department of Health & Human Services

5

6

7

8                  **SUPERIOR COURT OF CALIFORNIA**
                      **COUNTY OF PLACER**
9                       **JUVENILE DIVISION**

10        **DECLARATION FOR PROTECTIVE CUSTODY WARRANT**

11   **IN THE MATTER OF**

12   | **Name** | **Date of Birth** | **Age** | **Sex** | **Court Number** |
| --- | --- | --- | --- | --- |
| KATTALLA ADAM | 06\07\2012 | 22 mos. | F | 53-004030 |

13

  Person to be detained: KATTALLA ADAM
14   Last known address:   201 Berkely Ave., Roseville, CA 95678

15

16                 Race:   Caucasian     Eyes: Hazel
                  Sex:     Female       Weight: 40 lbs.
17                 Height: 36"           Hair: Light Brown

18

19       A petition was filed on April 14, 2014, under WIC Sections 300 (b) and (c). The minor was

20 not detained, however the circumstances of the child's home environment endanger the health,

21 person, safety, or welfare of the minor for the reasons set forth below.

22   **DECLARATION OF HEATHER DEBONO, CSP II :**

23       I, Heather DeBono, social worker for the Placer County Department of Health and Human

24 Services Child Welfare Services declare that the home environment endangers the health, person,

25 safety and welfare of the minors for the reasons set forth below.

26

27

28

                             DECLARATION FOR PROTECTIVE              1
                                   CUSTODY WARRANT

*only been in Cali for 4 days*

On April 14, 2014, the undersigned reviewed case records prepared by social workers Lanette Plum and Megan Jones. According to social worker Plum's records, child abuse reports were received by the Department on March 12, 2014 and March 19, 2014, both by mandated reporters, alleging the family is homeless. One year old KATTALLA had been ill and the mother, Kimberly Lockwood, is pregnant and neither have health insurance and the mother has not received prenatal *on* care. The referrals also alleged the father, Andrew Adam, is diagnosed with schizophrenia and a personality disorder, alleging the father recently had "episodes" which resulted in a recent move to *~~Before~~ New York prenatals ~~Kattalla med pending~~ 4|2|14* New York before returning back to the Gathering Inn in Roseville. *Adrian ser jury for sleep apnea dad died*

On April 14, 2014, the undersigned reviewed social worker Megan Jones' case records which noted the following: On March 19, 2014, social worker Jones met with the family, regarding allegations of emotional abuse. According to social worker Jones' notes, the mother reported they *July 2014* have argued but it is because they are in a very stressful situation. The mother reported to social *were* worker Jones there has been no domestic violence since the time she shoved the father and he *there* punched her in the face, which was prior to their move to New York. When social worker Jones *for 5-6* spoke with the father, he admitted they had been arguing but stated it has not been excessive. Social *month* worker Jones informed the father it had been alleged that he has been observed to be emotionally *Des* abusing the mother to the point KATTALLA cries. The mother and father then both made excuses *moines* for the arguing and minimized its impact. Social worker Jones developed a safety plan with the *6 month* family, while the matter was further investigated. *→ at no interveiw or alleged abuse were cps or cops called cause were none* *In opt in Sac* On April 14, 2014, the undersigned reviewed social worker Plum's case records, which report having met with the family on March 26, 2014 at the Gathering Inn. According to worker Plum's case records, the mother denied mental health issues for herself and reported the father is paranoid schizophrenic with anti-social behaviors. The mother denied drug use by either parent at this time.

*(only in gathering inn for 1 week in 2012)* *in 2312 Church terr. apt for Mar 19 2012 – Feb 2013.* *(Feb)* *Bamber Hotel for Feb ~~—~~ ...*

1  The mother reported to social worker Plum, "He used to drink but hasn't been for months".  After

2  speaking with the mother, social worker Plum notes speaking with the father.  According to social

3  worker Plum's case records, the father entered the room and stated "Financially, I'm wrecked

4  because she won't even listen.  I have no license, no car, in New York we defaulted on our lease, we

5  lost our vehicle on the road because she drove over 45 miles an hour and the car was stuck in four
   *about apt credit check in sac for*

6  wheel drive."  According to social worker Plum's case records, she advised the parents there were
   *apt we had income verification approval 1st*

7  *day we were here March 8*

8  concerns of domestic violence and the father stated "I haven't hit my wife.  The last time was two

9  and a half years ago".  Social worker Plum's records indicate the father continued to escalate and

10  berate the mother.  The father repeatedly blamed the mother for their financial problems.  Social

11  worker Plum spoke with both parents about the allegations of general neglect and emotional abuse

12  and discussed the effects that combative and verbally abusive environments have on children.  Social
    *Agents not there to help but to hinder*

13  worker Plum spoke with the parents about their refusal to participate in case management services at
    *bias of pre. treat.*

14  the Gathering Inn, as the father had refused and told staff they were moving to Sacramento.  Social
    *M. H. ignoring me telling them about prenatals*

15  worker Plum notes that she had to repeatedly redirect the parents back to the topic at hand, as the
    *and shots for Kattalla*

16  father had difficulty not returning to the single topic of how the mother "ruined his life". *evident*
    *(case mana refused)  previous treatment*

17

18      During the same meeting with the family, social worker Plum reported expressing a great deal
    *Discrimination → anger → 7years of no bullshit*

19  of concern regarding the father's mental health diagnosis and his resistance to psychotropic

20  medication.  The father denied his mental health was problematic and reported not wanting to take

21  medication.  According to social worker Plum's case records, the father stated "I tried mental health

22  when we first got together" and then inferred these services did not make the mother submissive

23  towards him.  Social worker Plum advised the father that his mental health issues were of concern

24  and until he was stable, he likely should not be supervising KATTALLA alone.  Social worker Plum
    *Threatened removal of children because of Bias.*

25  referred the father to Adult Systems of Care, which he agreed to comply with, despite seeing no

26  *anger/being cut off redirected and slandered*

27

28  *as psychi schizophrenic*

issues with his mental health.  Social worker Plum advised the mother of the concern regarding the

need to protect the minor.  Social worker Plum notes a public health referral was made for the family

and the father made an appointment at Adult Systems of Care for April 30, 2014.

According to social worker Plum's case records, she received a phone call on April 10, 2014,

from Gabriel Hogan, a case manager from the Gathering Inn.  Mr. Hogan reported to social worker

Plum the mother went to the hospital and the father is caring for KATTALLA.  Mr. Hogan reported

"He gets on the computer and forgets to watch her".  Mr. Hogan then went on to report the father had

applied for one house and because he did not get it, he then spent the money on a car.  Mr. Hogan

reported the father is driving around with KATTALLA in the car and has no driver's license.

*[handwritten: not once]*

*[handwritten: Statement 3-19-14]*

*[handwritten: Matt Kelsey]*

According to social worker Plum's case records, on April 10, 2014, she spoke with both

parents, separately, on the phone.  Social worker Plum indicates both parents were resistant and they

believed KATTALLA was safe with her father.  The mother provided the name and number for an

appropriate family friend who had agreed to provide care for KATTALLA and social worker Plum

provided the father with contact information for the North Sacramento Crisis Nursery and he agreed

to make contact.

*[handwritten: I am a responsible father, income from work attend all/most Hospital visits CPR course]*

According to social worker Plum's case records, on April 11, 2014, she made contact with

Public Health Nurse Elise Vandendrische.  Ms. Vandendrische reported "The mother was admitted to

the hospital.  I'm a little concerned because the child is staying solely with the father at the Gathering

Inn".  Ms. Vandendrische shared she had conducted a home visit on April 4, 2014 and during the

home visit, the father began going into rants.  "He went off on tangents the whole time I was there and

he had some paranoid thoughts.  He kept saying he hated being there and everyone was out to get

*[handwritten: no one would listen about prenadals]*

him".  Ms. Vandendrische reported to social worker Plum, "Mom just wanted to leave the room and

there was stress occurring".  "The mother said it's always about him and never about her or the

*[handwritten: and shots claiming me and wife irresponsible kids.]*

1   child." Ms. Vandendrische shared she had been able to conduct a basic assessment during the home

2   visit, but was not able to conduct a full Denver Assessment.  Ms. Vandendrische also relayed that

3   during the home visit "the child just laid with the mom, she wasn't crying but you can feel the

4   *Cause you were threatening removal*
    tension. Her mother said she is not eating and losing weight and has been sick".  Ms. Vandendrische

5   *Stress passed from emotional bond from*
    reported to social worker Plum, "We have been working on housing.  The $900 a month the dad gets

6   *Parents to child.*
    from Social Security, he spent on a car instead of housing.  Right now the mother is 34 weeks

7   pregnant and her membranes have ruptured.  I found a place she could go with the kids but mom

8   didn't want to leave dad.  Home Start is a two year commitment and she didn't want to do that, she

9   said he is a difficult person and doesn't follow the rules.  I referred her to the Gabriel Project through

10  *San Juan Mercy*
    a church in Auburn, where the dad could have gone, but mom said he is a difficult person and would

11  not have been able to do it.  Mom is very agreeable and she seems to have a good head as to what is

12  good for the children".  *straightly*

13      According to social worker Plum's case records, she made contact with the Crisis Nursery on

14  *unlawfully trying to force a father*
    April 11, 2014, and spoke with worker Pang.  Worker Pang advised social worker Plum the father

15  *to give custody of his child to*
    had not made contact with them, but the mother had contacted their other site.  Social worker Plum

16  *Strangers → Parental instinct to protect*
    then contacted Maxine Fitch, who the mother had previously shared could provide care for

17  KATTALLA.  Ms. Fitch reported that although arrangements had been discussed and made with the

18  *hadn't been given #*
    mother, she had not heard from the father.  Social worker Plum notes having then contacted both

19  parents.  The mother reportedly advocated for the father's right to provide care for KATTALLA and

20  relayed the father had accused her of betraying him.  The father reportedly advised social worker

21  Plum he and KATTALLA were at the Gathering Inn and was adamant that no one, but he, take care

22  of KATTALLA, despite extensive explanation of the concerns for KATTALLA.

23  *I AM HER FATHER*

24  *Not CPS*

1   According to social worker Plum's case records, on April 11, 2014, she and Roseville Police

2   Officers went to the Gathering Inn, with the intention of taking KATTALLA into protective custody.

3   Social worker Plum reported the father and KATTALLA were not at the Gathering Inn and were said

4   to be at the park.  Upon locating KATTALLA, the father was on the phone with the mother, who had

5   made arrangements for Ms. Fitch to pick KATTALLA up from the park.  The father reportedly

6   became agitated while waiting for Ms. Fitch and began blaming the mother for doing this to him and

7   advised "that he was cleared from his prior 5150".  The father agreed to place KATTALLA in Ms.

8   Fitch's care and a safety plan was agreed to. *I asked cop if they could take her without a warrant.*

9   Social worker Plum records that on April 11, 2014, she spoke with paternal uncle, Adrian

10  Adams.  According to Mr. Adams, the father is diagnosed with schizophrenia and needs medication.

11  Mr. Adams told social worker Plum there have been times the father has taken medication and has

12  done well. *1997 is a long time ago*

13  On April 14, 2014, the undersigned spoke with Heather Cortez, hospital social worker at

14  Mercy San Juan.  Ms. Cortez shared she is currently working with the mother and father at the

15  hospital.  Ms. Cortez shared the mother will remain in the hospital until she gives birth, which she

16  believes to be in one to two weeks.  Ms. Cortez also relayed the father had already contacted her three

17  times that morning, asking questions about his legal rights regarding his daughter and expressed

18  wanting her to be with him. *Whats unusual about inquiring into my rights as a father? When they were being violated using lies bias and ignoring the truth*

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

DECLARATION FOR PROTECTIVE
CUSTODY WARRANT                                        6

1  **RECOMMENDATION:**

2  It is respectfully recommended:

3      [X] A protective custody warrant be issued for: KATTALLA ANDREW

4  I declare under penalty of perjury that the foregoing is true and correct.

5      Executed at Auburn, California this 14th day of April, 2014.

6

7  _____          **4/14/2014**
   **HEATHER DeBONO, CSP II**                                **Date**

8

9

10

11

12

13  *How Bad they were out to get me she used my first name as Rattalla's last*

14

15

16

17

18

19

20

21

22

23

24

---

DECLARATION FOR PROTECTIVE
CUSTODY WARRANT

**County of Sacramento Assessment on Andrew Adam written by Carlene Smith dated July 20, 2012 (Attachment F)**

In this assessment with worker Smith, the father reported that he was previously diagnosed with paranoid schizophrenia and antisocial personality disorder. He reported two previous incidents of hospitalizations in psychiatric hospitals. Mr. Adam was resistant to a referral for medication stating that it was just the worker's "opinion." He stated that he didn't feel the need for medication and seeing a doctor would just be the "doctor's opinion."

**Roseville Police Department Report dated January 27, 2012 (Attachment G)**

Contact was made by Roseville Police Officers with Mr. Adam because he was sleeping in a travel trailer on Oak and Bullen Streets in Roseville. He was arrested for sleeping in his trailer in a public street, which is against city ordinance, and for having ammunition on his person, which is prohibited because of a prior felony. When asked for a statement, Mr. Adam rambled on without questioning and told officers he needed the bullets to protect himself from someone who was trying to collect money. It was noted that he did not have a weapon with which to fire the bullets. Officer Kanada stated "Adam made numerous incoherent statements and showed signs similar to people who are diagnosed with schizophrenia. He spoke to himself often and made irrational statements to officers."

**Gabby Hogan, The Gathering Inn**

This writer spoke with Gabby Hogan from The Gathering Inn on May 14, 2014. She was the Adam family's case manager during their stay there. She clarified that the incident of physical violence between Ms. Lockwood and Mr. Adam occurred in the spring of 2012, before KATTALLA was born. She stated that there wasn't any current physical violence, but the staff at The Gathering Inn was significantly concerned about emotional abuse between Ms. Lockwood and Mr. Adam. She reported that they would regularly yell at one another. She said that staff could be in their offices and



**Physical:** 201 Berkeley Ave., Roseville, CA 95678  |  **Mailing:** P.O. Box 297, Roseville, CA 95678
ph. (916) 791-9355  |  fax (916) 791-1916

March 19, 2014

~~████████████████████~~

Myself and other staff have also observed the Mother smoking while
holding the minor child and we have directed her that this is not in the best
interest of the child. The child becomes very withdrawn and tearful any
time her parents raise there voice and also becomes very clingy to Mom, at
these times I have observed the Father Andrew take the child from the
Mother and try and console her and the child will become even more upset
and both parents are not attending to the child at this time they continue to
argue. I had to stop a meeting with the family on 3/13/14 because Andrew
could not speak in a calm voice and the child was very upset. Andrew
became outraged and stormed out of the office, Kimberly stayed and
repeatedly apologized for Andrews behavior saying" we just don't
understand the pressure he is under". I explained to her that she had a small
child, was in a homeless shelter, 7 1/2 month pregnant and had a partner
that has a mental health disability that doesn't want to access treatment
that would help him understand and deal with the symptoms of his
diagnosis. I told her that I felt she had a lot on her plate and she needed to
make sure that her child was protected from emotional harm from all the
anger and fighting in her situation.
On 3-18-14 I met with Andrew on his own about the plan to move his family
forward. All Andrew could tell me is that he had contacted Sacramento
Salvation Army about a motel voucher. I believe they want to leave because
a Nurse at Sutter Roseville Hospital had them speak to a social worker and
she said that she was going to call CPS because of the way Andrew acts in
front of the child.
This couple was also here back in 2012 when she was pregnant with the
minor child and Andrew physically beat Kimberly and when we went to
make a report they ran to New York.

4-26-14    an attorney is available every

4-14-14    thursday at Auburn law library.

4-16-14    paralegals monday - Friday in
           Sacramento law library.

4-23-14

4-21-14    B of proof hearing is to simply
           contest allegations using what is

4-18-14    already in the report. I do not

4-17-14    get to submit proof of evidence -
           - that supports my ability in ~~balance~~

7-22-14    or the falseness of their claims.

~~7-8-14~~    Rebecca Bowman has been

6-4-14     unwilling to look at what is
           in the reports with me or to

5-29-14    represent my best inerest.

5-28-14              where

5-6-14

4-30-14

4-29-14

4-25-14

4-19-14

## Call summary for: 03/01/2014 - 04/30/2014

**Output for: RO293**

**Click on heading to change sort order.**

| Call | Priority | Type | Darea | Area | Unit | From | To | Location |
|------|----------|------|-------|------|------|------|-----|----------|
| #RO140600104 | 1 | SS | PTL | 20 | 7K117 | 13:02 | 13:09 | 201 BERKELEY AV,RO |
| #RO140600151 | 3 | AAA | PTL | 20 | 7P124 | 16:49 | 17:05 | GATHERING INN,RO |
| [3/06/14] | | | | | | | | |
| #RO140650058 | 2 | SP | PTL | 20 | 7D64 | 09:10 | 09:21 | 201 BERKELEY AV,RO |
| [3/12/14] | | | | | | | | |
| #RO140710216 | 8 | EXPAT | PTL | 20 | 7D64 | 15:41 | 15:53 | GATHERING INN |
| [3/14/14] | | | | | | | | |
| #RO140730189 | 2 | 5150 | PTL | 20 | 7P124 | 15:42 | 17:20 | 201 BERKELEY AV,RO |
| [3/18/14] | | | | | | | | |
| #RO140770217 | 2 | 5150 | PTL | 20 | 7P163 | 17:27 | 17:50 | GATHERING INN,RO |
| #RO140770278 | 2 | MP | PTL | 20 | 7P156 | 21:23 | 23:28 | GATHERING INN,RO |
| [3/19/14] | | | | | | | | |
| #RO140780217 | 3 | ASSIST | PTL | 20 | 7K101 | 17:01 | 17:12 | 201 BERKELEY AV,RO |
| [3/21/14] | | | | | | | | |
| #RO140800090 | 4 | THREAT | PTL | 20 | 7D64 | 10:00 | 12:02 | GATHERING INN,RO |
| #RO140800119 | 3 | FOOT | PTL | 20 | 7D64 | 12:21 | 12:46 | GATHERING INN,RO |
| [3/23/14] | | | | | | | | |
| #RO140820176 | 3 | FOOT | PTL | 20 | 7P64 | 15:24 | 15:45 | GATHERING INN,RO |
| [3/24/14] | | | | | | | | |
| #RO140830150 | 3 | WELFAR | PTL | 20 | 7P64 | 14:12 | 14:20 | 201 BERKELEY AV,RO |
| #RO140830178 | 3 | FOOT | PTL | 20 | 7P64 | 15:07 | 15:13 | GATHERING INN,RO |
| #RO140830253 | 1 | SS | PTL | 20 | 7P131 | 18:20 | 18:24 | GATHERING INN,RO |
| [3/28/14] | | | | | | | | |
| #RO140870207 | 4 | LINFO | PTL | 20 | | 16:17 | 17:26 | GATHERING INN,RO |
| [3/29/14] | | | | | | | | |
| #RO140880211 | 4 | MEET | PTL | 20 | 7P131 | 20:26 | 21:02 | GATHERING INN,RO |
| [4/02/14] | | | | | | | | |
| #RO140920207 | 5 | 488R | PTL | 20 | | 15:29 | 16:00 | 201 BERKELEY AV,RO |
| [4/04/14] | | | | | | | | |
| #RO140940133 | 8 | 10-21 | PTL | 20 | 7P53 | 13:31 | 14:24 | 201 BERKELEY AV #A,RO |
| [4/08/14] | | | | | | | | |
| #RO140980216 | 2 | 415 | PTL | 20 | 7P131 | 16:48 | 16:57 | GATHERING INN,RO |
| [4/10/14] | | | | | | | | |
| #RO141000204 | 3 | WELFAR | PTL | 20 | 7P87 | 15:40 | 15:58 | GATHERING INN,RO |
| #RO141000210 | 3 | WAVE | PTL | 20 | 7P87 | 15:58 | 16:06 | GATHERING INN,RO |
| [4/11/14] | | | | | | | | |
| #RO141010123 | 3 | AAA | PTL | 20 | 7K101 | 13:00 | 14:16 | GATHERING INN,RO |
| [4/14/14] | | | | | | | | |

Case 2:14-cv-02091-MCE-GGH   Document 1   Filed 09/09/14   Page 21 of 47

| #RO141040073 | 1 | 1146A | PTL | 20 | 7P137 | 10:00 | 10:47 | 201 BERKELEY AV,RO |
|---|---|---|---|---|---|---|---|---|
| [4/17/14] | | | | | | | | |
| #RO141070131 | 2 | 647F | PTL | 20 | 7P188 | 13:01 | 14:30 | GATHERING INN,RO |
| [4/18/14] | | | | | | | | |
| #RO141080137 | 2 | 23152 | PTL | 20 | 7P192 | 14:54 | 17:08 | GATHERING INN,RO |
| #RO141080146 | 2 | 23152 | PTL | 20 | 7P107 | 15:22 | 15:54 | GATHERING INN,RO |
| [4/19/14] | | | | | | | | |
| #RO141090069 | 3 | ATC | PTL | 20 | 7P112 | 10:54 | 12:25 | 201 BERKELEY AV,RO |
| [4/22/14] | | | | | | | | |
| #RO141120066 | 5 | 488R | PTL | 20 | 7W750 | 09:11 | 09:13 | 201 BERKELEY AV,RO |
| #RO141120200 | 5 | 488R | PTL | 20 | 7P136 | 16:08 | 19:27 | GATHERING INN,RO |
| [4/23/14] | | | | | | | | |
| #RO141130126 | 3 | FOOT | PTL | 20 | 7D64 | 11:54 | 12:20 | GATHERING INN,RO |

aspects of their relationship.

Ms. Lockwood continues to have difficulty accepting that her husband has significant mental health impairment. She may benefit from psycho education related to mental illness and the impact of untreated mental health issues on families and children, specifically. Ms. Lockwood may also benefit from individual therapy related to her difficult childhood and the challenges within her marriage.

As of the writing of this report, Mr. Adam's mental status has continued to deteriorate. Earlier during the week of May 12, 2014, he presented in the emergency room asking to be assessed for a 5150 hold. He did not meet criteria. On May 15, 2014 a visit with his daughters was ended early because the visitation monitor became concerned about Mr. Adam pacing, talking to himself, and making statements indicative that he might be suicidal. On May 16, 2014 he cancelled the visit with his daughters stating he was going to the emergency room again. Mr. Adam is clearly showing signs of mental instability which underline the need for KATTALLA and OLIVIA to remain in the care of their mother. Optimistically, Mr. Adam has made recent statements to worker Burton that he is willing to engage in psychiatric services at Adult System of Care. It is hopeful that Mr. Adam will continue to relax his defenses and seek the help he needs in order to stabilize his emotional health.

**Jurisdictional Findings and Orders**

That the report herein be received into evidence;

That the court finds by a preponderance of the evidence that the allegations of the petitions filed on April 15, 2014 and April 25, 2014 are true;

That the court makes all appropriate jurisdictional findings;

The minors continue to be dependents of the court detained from the father and placed with the mother pending disposition of the case.

////

For counties filing a separate dependency petition for each child or for counties using *Additional Children Attachment* (form JV-101(A))        **JV-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Gerald O. Carden, County Counsel, SBN 093599<br>PLACER COUNTY COUNSEL/HHS DIV<br>175 Fulweiler Avenue<br>Auburn, CA 95603<br>TELEPHONE NO.: (530) 886-4630   FAX NO.*(Optional):* (530) 886-4631<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Department of Health and Human Services | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF PLACER<br><br>APR 25 2014<br><br>JAKE CHATTERS<br>EXECUTIVE OFFICER & CLERK<br>By N. Taggart, Deputy |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF       Placer |
|---|
| STREET ADDRESS: 101 Maple St. |
| MAILING ADDRESS: 101 Maple St. |
| CITY AND ZIP CODE: Auburn, California 95603 |
| BRANCH NAME: Auburn - Superior Court - Maple St. |

| CHILD'S NAME:<br>**OLIVIA ADAM** | CASE NUMBER:<br>**53-004041** |
|---|---|
| **JUVENILE DEPENDENCY PETITION (VERSION ONE)**<br>**(Welf. & Inst. Code, § 300 et seq.)**<br>[X] § 300-Original    [ ] § 342-Subsequent    [ ] § 387-Supplemental | RELATED CASES *(If any):* |

1. Petitioner on information and belief alleges the following:

| a. | The child named below comes within the jurisdiction of the juvenile court under the following subdivisions of section 300 of the Welfare and Institutions Code *(check applicable boxes; see attachment 1a for concise statements of facts):*<br>[ ] (a)   [X] (b)   [X] (c)   [ ] (d)   [ ] (e)   [ ] (f)   [ ] (g)   [ ] (h)   [ ] (i)   [X] (j) |
|---|---|

| b. | Child's name:<br>**OLIVIA ADAM** | c. Age:<br>**0 MOS.** | d. Date of birth:<br>**04/14/2014** | e. Sex:<br>**F** |
|---|---|---|---|---|

| f. | Name: Kimberly A. Lockwood<br>Address:<br>201 Berkely Ave<br>Roseville, California 95678<br><br>If mother or father *(check all that apply):*<br>[ ] legal  [X] biological  [ ] presumed  [ ] alleged | [X] mother<br>[ ] father<br>[ ] guardian<br>[ ] unknown | g. | Name: Andrew Adam<br>Address:<br>201 Berkely Ave<br>Roseville, California 95678<br><br>If mother or father *(check all that apply):*<br>[ ] legal  [X] biological  [ ] presumed  [ ] alleged | [ ] mother<br>[X] father<br>[ ] guardian<br>[ ] unknown |
|---|---|---|---|---|---|

| h. | Name:<br>Address:<br><br><br>If mother or father *(check all that apply):*<br>[ ] legal  [ ] biological  [ ] presumed  [ ] alleged | [ ] mother<br>[ ] father<br>[ ] guardian<br>[ ] unknown | i. | Other *(state name, address, and relationship to child):*<br><br><br><br>[ ] No known parent or guardian resides within this state. This adult relative lives in this county or is closest to this court. |
|---|---|---|---|---|

| j. | Prior to intervention, child resided with<br>[ ] parent *(name):*<br>[ ] parent *(name):*<br>[ ] guardian *(name):*<br>[ ] Indian custodian *(name):*<br>[ ] other *(state name, address, and relationship to child):* | k. | Child is<br>[X] not detained   [ ] detained<br>Date and time of detention:<br>Current place of detention *(address)* :<br><br>**WARRANT**<br><br>[ ] Relative   [ ] Shelter/foster care   [ ] Other |
|---|---|---|---|

2. I have asked about Indian ancestry for this child and have completed and attached the required *Indian Child Inquiry Attachment,* form ICWA-010(A). *(If this is a subsequent filing and there is no new information, the ICWA-010(A) is not required.)*

**(See important notice on page 2.)**

JV-100

| CHILD'S NAME: | CASE NUMBER: |
|---|---|
| **OLIVIA ADAM** | **53-004041** |

3. Petitioner requests that the court find these allegations to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing and all attachments are true and correct.

Date:   April 25, 2014

Lanette Plum, CSP II
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PETITIONER)

Address and telephone number *(if different person signing than listed in caption above):*
1000 Sunset Blvd. Suite 140
Rocklin, California 95765
(916) 780-3234

[X] Number of pages attached   4          [ ] Other children are listed on *Additional Children Attachment* (form JV-101(A))

# —NOTICE—

## TO PARENT

Your parental rights may be permanently terminated.  To protect your rights, you must appear in court and answer this petition.

## TO PARENTS OR OTHERS LEGALLY RESPONSIBLE FOR THE SUPPORT OF THE CHILD

You and the estate of your child may be jointly and severally liable for the cost of the care, support, and maintenance of your child in any placement or detention facility, the cost of legal services for you or your child by a public defender or other attorney, and the cost of supervision of your child by order of the juvenile court.

JV-121

| CHILD'S NAME: | CASE NUMBER: |
|---|---|
| **OLIVIA ADAM** | **53-004041** |

### FAILURE TO PROTECT
### § 300(b)

The child has suffered, or there is a substantial risk that the child will suffer, serious physical harm or illness,

☐   as a result of the failure or inability of his or her parent or legal guardian to supervise or protect the child adequately.

☐   as a result of the willful or negligent failure of the child's parent or legal guardian to supervise or protect the child adequately from the conduct of the custodian with whom the child has been left.

☐   by the willful or negligent failure of the parent or legal guardian to provide the child ith adequate food, clothing, shelter, or medical treatment.

☒   by the inability of the parent or legal guardian to provide regular care for the child due to the parent's or legal guardian's mental illness, developmental disability, or substance abuse.

b-1   The father has mental health issues to include schizophrenia, for which he is not currently taking medication and which periodically renders him incapable of providing appropriate care and supervision for the minor. Such lack of care includes, but is not limited to, failing to adequately supervise OLIVIA'S sibling KATTALLA at the Gathering Inn. The facts as stated in c-1 are incorporated herein.

b-2   The mother knows the father suffers from schizophrenia and other mental health issues which render him incapable of providing appropriate care and supervision for the minor's sibling. Despite such knowledge, the mother left OLIVIA'S sibling in the father's care when she was admitted to the hospital. The facts as stated in c-1 are incorporated herein.

b-3   The minor was born prematurely and suffers from a medical condition which requires blood draws three days a week and weekly injections. The father's mental health issues and the mother's failure to protect the minor's sibling create a substantial risk the minor will not receive appropriate care.

Form Approved for Optional Use
Judicial Council of California
JV-121 [Rev. January 1, 2007]
CWS Case Management System

**FAILURE TO PROTECT**
**§ 300(b)**

Welfare and Institutions Code § 300;
Cal. Rules of Court, rule 5.504

**Page 3 of 6**

JV-122

| CHILD'S NAME: | CASE NUMBER: |
|---|---|
| **OLIVIA ADAM** | **53-004041** |

## SERIOUS EMOTIONAL DAMAGE
### § 300(c)

The child is suffering, or is at substantial risk of suffering, serious emotional damage evidenced by severe anxiety, depression, withdrawal, or untoward aggressive behavior toward self or others.

[X] as a result of the conduct of the parent or guardian.

[ ] because the child has no parent or guardian capable of providing appropriate care.

c-1     On or about March and April 2014, and on prior occasions, OLIVIA'S sibling, KATTALLA, was exposed to incidents of domestic violence between the mother and father. Such acts of violence include, but are not limited to, the mother pushed the father and the father punched the mother in the face. The father emotionally berates the mother in the presence of the minor, causing the minor to cry.

*admitted perjury*

Form Approved for Optional Use
Judicial Council of California
JV-122 [Rev. January 1, 2007]
CWS Case Management System

SERIOUS EMOTIONAL DAMAGE
§ 300(c)

Welfare and Institutions Code § 300;
Cal. Rules of Court, rule 5.504

Page 4 of 6

JV-129

| CHILD'S NAME: | CASE NUMBER: |
|---|---|
| **OLIVIA ADAM** | **53-004041** |

## ABUSE OF SIBLING
### § 300(j)

The child's sibling has been abused or neglected, as defined in subdivision (a), (b), (d), (e), or (i), and there is a substantial risk that the child will be abused or neglected, as defined in those subdivisions.

j-1    The facts stated in b-1 and b-2 are incorporated herein..

Form Approved for Optional Use
Judicial Council of California
JV-129 [Rev. January 1, 2007])
CWS Case Management System

**ABUSE OF SIBLING**
**§ 300(j)**

Welfare and Institutions Code § 300;
Cal. Rules of Court, rule 5.504

Page 5 of 6

ICWA-010(A)

| CHILD'S NAME: | CASE NUMBER: |
|---|---|
| **OLIVIA ADAM** | **53-004041** |

1. **Name of child:**   **OLIVIA ADAM**

   Indian child inquiry [ ] made  [X] not made   and (check all that apply):

   a. [ ] The child is or may be a member of or eligible for membership in a tribe.
      Name of tribe(s): _____
      Name of band (if applicable): _____

   b. [ ] The child's parents, grandparents, or great-grandparents are or were members of a tribe.
      Name of tribe(s): _____
      Name of band (if applicable): _____

   c. [ ] The residence or domicile of the child, child's parents, or Indian custodian is in a predominantly Indian community.

   d. [ ] The child or the child's family has received services or benefits from a tribe or services that are available to Indians from tribes or the federal government, such as the Indian Health Service or Tribal Temporary Assistance to Needy Families (TANF).

   e. [ ] The child may have Indian ancestry.

   f. [ ] The child has no known Indian ancestry.

   g. [ ] Other reason to know the child may be an Indian child:

   | Person(s) questioned: | Person(s) questioned: |
   |---|---|
   | Name: _____ | Name: _____ |
   | Address: _____ | Address: _____ |
   | City, state, zip: _____ | City, state, zip: _____ |
   | Telephone: _____ | Telephone: _____ |
   | Date questioned: _____ | Date questioned: _____ |
   | Means of communication: _____ | Means of communication: _____ |
   | Relationship to child: _____ | Relationship to child: _____ |
   | Summary of information: | Summary of information: |

   h. [ ] Information about other persons questioned is attached.

2. If this is a delinquency proceeding under Welfare and Institutions Code, § 601 or 602:

   [ ] The child is in foster care.

   [ ] It is probable the child will be entering foster care.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 25, 2014

_____  ► _____
Lanette Plum, CSP II
(TYPE OR PRINT NAME)                        (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
ICWA-010(A) [New January 1, 2008]
CWS Case Management System

**INDIAN CHILD INQUIRY ATTACHMENT**

Page 6 of 6

| 221327 | PAID | 7/25/2014 | 8/4/2014 | ANDREW ADAM | $8.20 |
| 222658 | PAID | 8/2/2014 | 8/2/2014 | ANDREW ADAM | $25.19 |
| 223031 | PAID | 8/6/2014 | 8/6/2014 | ANDREW ADAM | $2.30 |
| 223448 | DELAYED PAYMENT | 8/9/2014 | 8/9/2014 | ANDREW ADAM | $14.90 |
| 223545 | DELAYED PAYMENT | 8/9/2014 | 8/9/2014 | ANDREW ADAM | $14.15 |
| 223745 | DELAYED PAYMENT | 8/11/2014 | 8/11/2014 | ANDREW ADAM | $15.79 |

*Andrew Adam*

| Ticket Number | Status | Start Date | End Date | Customer | Total |
|---|---|---|---|---|---|
| 112020 | PAID | 6/4/2012 | 6/4/2012 | ANDREW ADAM | $35.72 |
| 112293 | PAID | 6/6/2012 | 6/6/2012 | ANDREW ADAM | $4.19 |
| 112625 | PAID | 6/8/2012 | 6/8/2012 | ANDREW ADAM | $19.19 |
| 112658 | PAID | 6/8/2012 | 6/8/2012 | ANDREW ADAM | $9.47 |
| 112783 | PAID | 6/9/2012 | 6/9/2012 | ANDREW ADAM | $5.04 |
| 113358 | PAID | 6/12/2012 | 6/12/2012 | ANDREW ADAM | $67.10 |
| 114302 | PAID | 6/18/2012 | 6/18/2012 | ANDREW ADAM | $4.59 |
| 114820 | PAID | 6/21/2012 | 6/21/2012 | ANDREW ADAM | $9.89 |
| 115821 | PAID | 6/26/2012 | 6/26/2012 | ANDREW ADAM | $31.86 |
| 117315 | PAID | 7/4/2012 | 7/7/2012 | ANDREW ADAM | $178.65 |
| 117356 | PAID | 7/4/2012 | 7/4/2012 | ANDREW ADAM | $42.61 |
| 117569 | PAID | 7/6/2012 | 7/9/2012 | ANDREW ADAM | $100.79 |
| 119886 | PAID | 7/18/2012 | 7/18/2012 | ANDREW ADAM | $18.90 |
| 120029 | PAID | 7/19/2012 | 7/19/2012 | ANDREW ADAM | $9.56 |
| 120352 | PAID | 7/21/2012 | 7/21/2012 | ANDREW ADAM | $18.25 |
| 120529 | PAID | 7/22/2012 | 7/22/2012 | ANDREW ADAM | $4.98 |
| 121185 | PAID | 7/25/2012 | 7/25/2012 | ANDREW ADAM | $8.98 |
| 121293 | PAID | 7/26/2012 | 7/26/2012 | ANDREW ADAM | $22.16 |
| 121446 | PAID | 7/27/2012 | 7/27/2012 | ANDREW ADAM | $10.74 |
| 121705 | PAID | 7/28/2012 | 7/28/2012 | ANDREW ADAM | $19.22 |
| 121927 | PAID | 7/30/2012 | 7/30/2012 | ANDREW ADAM | $19.40 |
| 122226 | PAID | 7/31/2012 | 7/31/2012 | ANDREW ADAM | $12.98 |

554.17
333.88
888.05

5 5HT

| | | | | |
|---|---|---|---|---|
| 122282 PAID | 7/31/2012 | 7/31/2012 | ANDREW ADAM | $5.85 |
| 123316 PAID | 8/8/2012 | 8/8/2012 | ANDREW ADAM | $37.10 |
| 124806 PAID | 8/17/2012 | 8/17/2012 | ANDREW ADAM | $19.65 |
| 124880 PAID | 8/18/2012 | 8/18/2012 | ANDREW ADAM | $12.45 |
| 125499 PAID | 8/21/2012 | 8/21/2012 | ANDREW ADAM | $43.88 |
| 125750 PAID | 8/22/2012 | 8/22/2012 | ANDREW ADAM | $15.22 |
| 126209 PAID | 8/25/2012 | 8/25/2012 | ANDREW ADAM | $59.20 |
| 126972 PAID | 8/29/2012 | 8/29/2012 | ANDREW ADAM | $6.55 |
| 153837 PAID | 2/20/2013 | 2/20/2013 | ANDREW ADAM | $11.60 |
| 154478 PAID | 2/25/2013 | 2/25/2013 | ANDREW ADAM | $8.12 |
| 154503 PAID | 2/25/2013 | 2/25/2013 | ANDREW ADAM | $16.55 |
| 155448 PAID | 3/5/2013 | 3/5/2013 | ANDREW ADAM | $9.40 |
| 155860 PAID | 3/9/2013 | 3/9/2013 | ANDREW ADAM | $5.68 |
| 156052 PAID | 3/11/2013 | 3/11/2013 | ANDREW ADAM | $14.99 |
| 156846 PAID | 3/18/2013 | 3/18/2013 | ANDREW ADAM | $8.30 |
| 157211 PAID | 3/21/2013 | 3/21/2013 | ANDREW ADAM | $9.42 |
| 157843 PAID | 3/26/2013 | 3/26/2013 | ANDREW ADAM | $6.44 |
| 157903 PAID | 3/27/2013 | 3/27/2013 | ANDREW ADAM | $44.53 |
| 203866 PAID | 4/2/2014 | 4/2/2014 | ANDREW ADAM | $7.20 |
| 203964 PAID | 4/3/2014 | 4/3/2014 | ANDREW ADAM | $10.39 |
| 204547 PAID | 4/7/2014 | 4/7/2014 | ANDREW ADAM | $7.92 |
| 204646 DELAYED PAYMENT | 4/8/2014 | 4/8/2014 | ANDREW ADAM | $12.00 |
| 210737 PAID | 5/20/2014 | 5/20/2014 | ANDREW ADAM | $5.82 |

Peddler Analysis Summary

| *Branch | Peddler Name | License/ID # | Ticket # | Date | Material Description | Net Wt | Photo |
|---------|--------------|--------------|----------|------|---------------------|--------|-------|
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbrite | 2/6/2012 | YELLOW BRASS | 1 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbrite | 2/6/2012 | #2 CU WIRE & TUBING | 1 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbrite | 2/6/2012 | SOLIDS | 10 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbrite | 2/6/2012 | BRASS FE HI REC (OVER 40%) | 4 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbritr | 2/6/2012 | CRV GLASS MIXED SEGREGATED | 18 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbritr | 2/6/2012 | CRV #1 PET SEGREGATED | 1 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbritr | 2/6/2012 | CRV ALUMINUM CANS SEGREGATED | 1 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | TDESGS | 2/6/2012 | TIN/LIGHT IRON | 280 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbritr | 2/6/2012 | #2 ICW CU WIRE 55% REC | 2 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | TDGOGE | 2/15/2012 | #1 & #2 HMS UNPREPARED | 880 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | TDHYAU | 2/22/2012 | TIN/LIGHT IRON | 480 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbtcjr | 2/22/2012 | #2 ICW CU WIRE 55% REC | 1 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbtcjr | 2/22/2012 | 6063 CLEAN & PAINTED EXTRUDED | 3 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbtcjr | 2/22/2012 | OLD SHEET ALUMINUM | 12 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | TDIBOF | 2/23/2012 | TIN/LIGHT IRON | 600 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | TDIQFA | 2/27/2012 | TIN/LIGHT IRON | 600 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | TDJGJP | 2/29/2012 | TIN/LIGHT IRON | 220 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | TDQEEB | 4/2/2012 | #1 & #2 HMS PREPARED | 560 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbxrpe | 4/2/2012 | BATTERIES | 33 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbxrop | 4/2/2012 | 85%ALUM CAST RECOVERY(HIGH) | 69 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zbxrop | 4/2/2012 | #2 ICW CU WIRE 35% REC | 15 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcbiwq | 4/30/2012 | ELECTRIC MOTORS | 11 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcbiwq | 4/30/2012 | OLD SHEET ALUMINUM | 1 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcbiwq | 4/30/2012 | CRV ALUMINUM - EA UNDER 24 OZ | 0 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | TEGHNA | 6/12/2012 | TIN/LIGHT IRON | 1,180 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | TEHGAL | 6/16/2012 | TIN/LIGHT IRON | 560 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zchlnv | 6/16/2012 | OLD SHEET ALUMINUM | 5 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zchlnv | 6/16/2012 | #2 ICW CU WIRE 55% REC | 1 | N |
| 22 | ANDREW THADDEUS TROITAN ADAM | D2008403 | Zchlnv | 6/16/2012 | ELECTRIC MOTORS | 7 | N |

| | | | | | |
|---|---|---|---|---|---|
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zchlnv | 6/16/2012 | 6063 CLEAN & PAINTED EXTRUDED | 17 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TEHMYK | 6/18/2012 | #1 & #2 HMS UNPREPARED | 460 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TEJORM | 6/27/2012 | TIN/LIGHT IRON | 1,180 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjbbi | 6/28/2012 | S/S 304 IRONY | 98 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjbbi | 6/28/2012 | SOLIDS | 19 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjbbi | 6/28/2012 | YELLOW BRASS | 1 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjbbi | 6/28/2012 | SCRAP LEAD | 280 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TEJVKM | 6/28/2012 | TIN/LIGHT IRON | 982 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TEJSAR | 6/28/2012 | TIN/LIGHT IRON | 1,340 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjfoo | 6/29/2012 | CLEAN DIE CAST | 7 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjfoo | 6/29/2012 | #1 CU WIRE 65% RECOVERY | 3 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjclz | 6/29/2012 | SCRAP LEAD | 297 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjfoo | 6/29/2012 | SCRAP LEAD | 12 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjfow | 6/29/2012 | #1 & #2 HMS PREPARED | 391 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TEJYMZ | 6/29/2012 | TIN/LIGHT IRON | 1,020 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcjclz | 6/29/2012 | LEAD WHEEL WTS&UNC/LEAD | 23 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TEKDFE | 6/29/2012 | TIN/LIGHT IRON | 1,280 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TEKCBD | 6/29/2012 | TIN/LIGHT IRON | 1,540 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TEMDCH | 7/11/2012 | TIN/LIGHT IRON | 400 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zclazq | 7/16/2012 | #1 COPPER WIRE & TUBING | 6 Y |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zclazq | 7/16/2012 | CRV GLASS MIXED SEGREGATED | 6 Y |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zclazq | 7/16/2012 | CRV #1 PET SEGREGATED | 1 Y |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zclazq | 7/16/2012 | CRV ALUMINUM CANS SEGREGATED | 0 Y |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zclazq | 7/16/2012 | OLD SHEET ALUMINUM | 2 Y |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TEMZXH | 7/16/2012 | TIN/LIGHT IRON | 600 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | TENZUV | 7/20/2012 | TIN/LIGHT IRON | 300 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zclqpb | 7/20/2012 | OLD SHEET ALUMINUM | 1 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zclqpb | 7/20/2012 | #1 COPPER WIRE & TUBING | 4 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zclqpb | 7/20/2012 | #2 CU WIRE & TUBING | 2 N |
| 22 ANDREW THADDEUS TROITAN ADAM | D2008403 | Zcmltb | 7/27/2012 | LEAD WHEEL WTS&UNC/LEAD | 77 N |

## Peddler Analysis Summary
### January 2012 - December 2012



| Peddler Name | License/ID # | Date | Paid |
|---|---|---|---|
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 2/6/2012 | $ 41.90 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 2/15/2012 | $ 81.40 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 2/22/2012 | $ 50.25 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 2/23/2012 | $ 51.90 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 2/27/2012 | $ 50.50 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 2/29/2012 | $ 17.05 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 4/2/2012 | $ 91.10 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 4/30/2012 | $ 2.95 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 6/12/2012 | $ 94.40 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 6/16/2012 | $ 53.85 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 6/18/2012 | $ 37.95 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 6/27/2012 | $ 79.65 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 6/28/2012 | $ 312.55 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 6/29/2012 | $ 377.85 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 7/11/2012 | $ 27.00 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 7/16/2012 | $ 59.80 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 7/20/2012 | $ 39.05 |
| ANDREW THADDEUS TROITAN ADAM | D2008403 | 7/27/2012 | $ 17.75 |
| | | TOTAL | $ 1,486.90 |

Selected Criteria for Peddler Analysis

Branch: 22
Start Date: 01/01/12
End Date: 12/31/12
Ticket Status: Exclude Void
Inventory Group: FE HEAVY IRON
Payment Status: All
Supplier Type: All Supplier Types
License/ID No: D2008403
Last Name: Contains: ADAM





*Illinois Department of Human Services*

Pat Quinn, *Governor*                                Michelle R.B. Saddler, *Secretary*

## Andrew McFarland Mental Health Center ● Karen Schweighart, Hospital Administrator

## FACSIMILE MESSAGE COVER SHEET

TO: _Andrew Adam_

LOCATION: _Salvation Army_

FAX #: _916 - 784 - 3277_     DATE TRANSMITTED: _8/8/14_

SENT BY:     ☐ Kelly                           ☒ Lisa

**MCFARLAND MENTAL HEALTH CENTER**
Health Information Management Department
901 Southwind Road
Springfield, Illinois 62703

**Phone: (217) 786-6880**

**Fax:     (217) 786-0193**

Number of pages in this transmission, including this one: _____

Comments: _re: Diagnosis_

_I have also included the Court reports that are in your_
_Chart._

## DISCLOSURE NOTICE

**NOTICE TO RECEIVING AGENCY/FACILITY/PERSON:** The information has been disclosed to you from records protected by
the federal confidentiality rules (45CFR Part 2). Under the Federal Act of July 1, 1975, Confidentiality of Alcohol and Drug Abuse
Patient Records, no such records, nor information from such records, may be further disclosed without specific authorization for such
re-disclosure is expressly permitted by the written consent to the person to whom it pertains or as otherwise permitted by 45 CFR Part
2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict
any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Thank You.

<u>ANDREW MCFARLAND MENTAL HEALTH CENTER  DISCHARGE/TRANSFER SUMMARY (PAGE 3)</u>

Patient's name (last, first, middle)        **ADAM, ANDREW**

DMHDD ID Number:  **868319**                    Social Security Number: **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**

Date of admission: **08/31/07**          Date of discharge:  **10/01/07**          Date report completed:  **10/01/07**

USE AS MANY PAGES AS NECESSARY FOR A COMPREHENSIVE NARRATIVE

<u>(The Psychiatric Evaluation is being provided to describe the reason for and condition on admission, psychiatric history, and admitting diagnosis).</u> *had bipolar diag. going in Dr. lying to not list it.*

**HOSPITAL COURSE TREATMENT/HABILITATION INCLUDING MEDICATION TRIED AND RESPONSE, LABORATORY RESULTS, SIGNIFICANT FINDINGS:** Mr. Adam was admitted to McFarland MHC on 08/31/07 from Champaign County Jail after he was found unfit to stand trial. He was initially diagnosed to have Mood Disorder, NOS, Alcohol Dependence and Antisocial Personality Disorder. He has been very difficult to manage on the unit. He showed defiance and sleep difficulty. He was quite oppositional to any type of rule that was part of his unit milieu. He showed some pressure of speech, flight of ideas, and irritable mood. He was initially using a lot of curse words. He believed that law enforcement in Champaign have been filing cases against him and that they were after him. He planned on counter-suing them. He kept pursuing methods of filing charges on law enforcement in the Champaign area. He was diagnosed as having Bipolar Disorder, Mania and the patient has been refusing medications at this time. He was initially prescribed Depakote and he started cheeking them. His Depakote was switched to liquid form after which he started refusing it. He was examined by Dr. Hollerauer during this four weeks time and he believed that Mr. Adam should be able to cooperate with his attorney and is aware of the charges against him. *very difficult to manage meaning I refused 'meds'*

He had a physical examination on 08/31/07. He was noted to be physically healthy with no physical ailment in need of treatment. *was in Hos. on a charge from Chmp. Cou. alledging*

Laboratory data indicates Valproic Acid levels that were negligible because he was noncompliant. His CMP and Lipid Panels were within normal range. CBC and urinalysis were normal. *I didnt comprehend what I was saying,*

**CONDITION ON DISCHARGE (MENTAL, PHYSICAL, BEHAVIORAL, PROGNOSIS):** Alert, minimally cooperative, caucasian male who presents with irritable mood. He showed some evidence of pressured speech. He denied any intent to harm himself or others. He has no feelings of hopelessness or helplessness. He believes that he will be getting out of the county jail as soon as he goes back to the court because he has misdemeanor charges and he has already served a lot of time. His concentration, judgement and insight are poor.

**DISCHARGE DIAGNOSES (PSYCHIATRIC, MEDICAL):**
AXIS I:        Bipolar Disorder, Mania                   *Because*
               Alcohol Dependence                        *of MH*
AXIS II:       Antisocial Personality Disorder
AXIS III:      None                                      *refer to dr*
AXIS IV:       Poor - medication compliance              *Hollerauers report*
AXIS V:        Current GAF of 45                         *for the truth*

**INSTRUCTIONS GIVEN INDIVIDUAL/FAMILY ON DISCHARGE:** At this time he is not taking any medications and he is in need of mental health treatment but does not pose a danger to self or others at the present. He will be referred to the community mental health center for further follow up.

Case 2:14-cv-02091-MCE-GGH   Document 1   Filed 09/08/14   Page 37 of 47

**(DIET, PHYSICAL ACTIVITY, MEDICATION)** Regular diet and physical activities. No known drug allergies. Patient is refusing psychotropic medications.

I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY DIAGNOSES AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

S. PATIBANDLA, M.D., PSYCHIATRIST
LINCOLN HALL

dictated: 09/28/07
transcribed: 09/28/07

.tf

Case 2:14-cv-02001-MCE-GGH   Document 1   Filed 09/09/14   Page 38 of 47



**Rod Blagojevich,** *Governor*                                    **Carol L. Adams,** *Secretary*

**Greater Central Regions 3 & 4  ● Jordan Litvak, Executive Director**
**Andrew McFarland Mental Health Center  ● Karen Schweighart, Acting Hospital Administrator**

September 21, 2007

The Honorable Judge Holly Clemmons
Champaign County Courthouse
101 E. Main
Urbana, Illinois 61801

                                          Re:      Andrew Adam
                                                   # 2007-CM-635

Dear Judge Clemmons:

The enclosed progress report on Mr. Andrew Adam is being filed as required by 725 ILCS 5/104-18 (a) (2).
Based on the contents of the enclosed evaluation, it is our opinion that Mr. Adam is restored to fitness and
is able to understand the nature of the charges against him and to cooperate in his defense.

Under Section 104-20, pursuant to newly enacted Public Act 094-0191 (see attached), it is our understanding
that a court date will be scheduled for a hearing within 21 days. We will be glad to cooperate in whatever
way we can to expedite this matter. Please send a writ authorizing us to transport the patient. The writ can
be faxed to (217) 786-0155. Please address any questions, orders, or other correspondence to Tyrone
Hollerauer, Acting Forensic Coordinator, who can be reached at (217) 786-0061.

                                   Sincerely,

                                   *Karen Schweighart MS RN CS*

                                   Karen Schweighart, M.S., RN, CS
                                   Acting Hospital Administrator  *by Ty Hollerauer Rep*

Enclosures
GSV:tf

cc:    Chart
       State's Attorney Robert Seales
       Defense Attorney Jeff Davis
       Champaign County MHC

## PROGRESS NOTE
### Re: Andrew Adam
### 2007-CM-635
### September 21, 2007

**Identifying Information**:  Mr. Andrew Adam, a 32 year-old, never married, white man, has been admitted to McFarland Mental Health Center on 08/31/07 as Unfit to Stand Trial (UST) for the charge of Disorderly Conduct.  Mr. Adam's charge is complicated by the fact that he was on supervision of another misdemeanor.  He has a history of mental health treatment here at McFarland in April of 2006.  He had been seeing Dr. Yang at Heritage Behavioral Health Center.  He claims that while in jail in San Diego he attempted suicide.

**Response to Treatment and Present Level of Functioning**: Mr. Adam has refused to accept psychotropic medications.  He does not feel he has a mental illness. He is able to name his charges and recount events leading to his arrest.  He can discuss his legal situation.  He tends to be a bit tangential at times but easily redirected and has the capacity to return to task and effectively get his point across.  He notes that he had been drinking at the time of the crime.  There are no signs or symptoms of organicity. He is of average intelligence judging from his response to questions.  Mood is "angry" about being hospitalized and not allowed to stand trial.  Affect is labile (mild to moderate).  Mr. Adam has refused medication but has complied with group treatment and counseling.  He has subsequently been able to comply with the structure of the program without serious behavioral or psychiatric problems.  He has controlled mood lability and has appropriately participated in treatment groups without being a management problem.  He can discuss his legal situation.  Speech is clear and well articulated.  Thoughts are primarily goal directed, sequential and logical.  At times, he engages in "intellectualizing" hypothetical situations.  He is easily redirected at those points and can discuss issues logically.  He denies hallucinations and does not appear preoccupied with internal stimuli.  He does not report delusional ideation nor could I elicit any.  He is suspicious of the court process but does believe that he will be treated fairly.  He has a history of oppositional behavior and querulousness.

On the unit, he tends to sit by himself and "work on (his) case."  He does socially interact with others and can be pleasant.  He enjoys unit activities and attends group therapy classes.  He is not currently loud, threatening or aggressive.  He has not done or said anything that would indicate that he would inappropriately leave the facility and is not a management problem or elopement risk.

Progress Note
Re: Andrew Adam
September 21, 2007
Page Two


**Diagnosis**:     **Axis I:**        Mood Disorder, NOS
                                   Alcohol Dependency
                 **Axis II:**       Antisocial Personality Disorder
                 **Axis III:**      History of back injury


Psychotropic medication prescribed and its effects:   Refused psychotropic medications.


**The Fitness Evaluation:**  Mr. Adam understands the reason for his charge and its seriousness and
is ready and motivated to return to court.  He has sufficient knowledge about the court system as it
pertains to his case.  He understands the role functions of the court officers and is now able to
cooperate with counsel in his defense.  We consider him psychologically FIT TO STAND TRIAL.


                              Respectfully submitted,



                              Tyrone Hollerauer, Psy.D.
                              Clinical Psychologist
                              Lincoln Hall



TH:tf

**Illinois Department of Human Services**

Rod Blagojevich, *Governor*                    Carol L. Adams, *Secretary*

**Greater Central Regions 3 & 4    ●    Jordan Litvak, Executive Director**
**Andrew McFarland Mental Health Center  ●  G. Scott Viniard, Hospital Administrator**

September 4, 2007

The Honorable Judge Holly Clemmons
Champaign County Courthouse
101 E. Main
Urbana, Illinois 61801

                              Re:    Andrew Adam
                                     07-CM-635

Dear Judge Clemmons:

The above named individual was found Unfit to Stand Trial on 07/20/07. Under the provisions of Public
Act 81-1217 we are to file a report within thirty days of that date. However, we did not receive Mr. Adam
until 08/31/07. Accordingly, we will make every effort to get a report to you as soon as possible and will
mail it no later than 09/28/07.

Thank you for your cooperation.

                              Sincerely,

                              Tyrone Hollerauer, Psy.D.
                              Clinical Psychologist
                              Lincoln Hall

TH:tf

cc:    Chart
       State's Attorney Office, Robert Seales
       Public Defender Office, Jeff Davis
       MHC of Champaign County

901 Southwind Road, Springfield, IL 62703-5125        217-786-6900 McFarland     217-786-7241 TTY
                                                      217-786-6866 Network Office

**Illinois Department of Human Services**

| | |
|---|---|
| **Rod Blagojevich,** *Governor* | **Carol L. Adams, Ph. D.,** *Secretary* |

**Greater Central Regions 3 & 4     ●     Jordan Litvak, Executive Director**
**Andrew McFarland Mental Health Center   ●   G. Scott Viniard, Hospital Administrator**

September 4, 2007

The Honorable Judge Holly Clemmons
Champaign County Courthouse
101 E. Main
Urbana, Illinois 61801

                            Re:     Andrew Adam
                                    07-CM-635

Dear Judge Clemmons:

Andrew Adam was remanded to us as Unfit to Stand Trial by your Court. Mr. Adam was admitted to McFarland Mental Health Center on 08/31/07. We are unable to provide a full range of medical and dental evaluation and treatment within our facility. To ensure adequate security, staff members will accompany Mr. Adam and supervise him at all times during appointments. We are requesting a blanket permission letter from your Court to allow us to transport Mr. Adam to outside medical/dental appointments, if necessary, during his stay at McFarland. We will notify the Court by letter each time the above mentioned individual has a scheduled medical or dental appointment, as well as any emergency transport for medical testing/treatment. You may also fax a copy of your written permission to (217) 786-0155 or (217) 786-0063.

Thank you for your attention to this matter.

                            Sincerely,

                            *Melinda Cowan*

                            Melinda Cowan, R.N.
                            Clinical Nurse Manager

MC:tf

cc:     Chart

---

901 Southwind Road, Springfield, IL 62703-5125     217-786-6994 McFarland     217-786-7241 TTY
                                                    217-786-6866 Network Office

*ROSEVILLE POLICE DEPARTMENT*



**ROSEVILLE POLICE DEPARTMENT**
1051 JUNCTION BOULEVARD
ROSEVILLE, CA  95678
(916) 774-5010



**RECEIVED**

AUG 1 9 2014

ROSEVILLE POLICE RECORDS DIVISION

### PERSONNEL COMPLAINT

DATE OF COMPLAINT: _Aug 19 2014_

DATE AND TIME OF INCIDENT: _Aug 2 2014 Approx 245_

LOCATION OF INCIDENT: _3300 Douglas Blvd Roseville Ca_

NAME OF EMPLOYEE(S) OR DESCRIPTION: _Lieberman, Gregory #1025_
_Ryland Michael #1048 Gilleland Ashley #535_

---

### PERSONNEL COMPLAINT ADMONISHMENT

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER CONDUCT.  CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS.  YOU HAVE THE RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT.  EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THAT COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE (5) YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. (PENAL CODE SECTION 148.6)**

**YOU SHOULD ALSO BE AWARE THAT IF YOU KNOWINGLY AND MALICIOUSLY MAKE A FALSE COMPLAINT OF MISCONDUCT AGAINST AN OFFICER, THAT OFFICER MAY SEEK MONEY DAMAGES FROM YOU IN A CIVIL LAWSUIT. (CIVIL CODE SECTION 47.5)**

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENT AND CERTIFY THE FOREGOING

STATEMENTS BY ME ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: _____   DATE: _8-19-14_

*ROSEVILLE POLICE DEPARTMENT*



## INQUIRY AND COMPLAINT PROCEDURES

The Roseville Police Department is proud of the men and women who have dedicated their careers to public service. In order to preserve the professionalism of our department we must have carefully developed policies and procedures, our employees must be properly trained and supervised, and, the organization must be held accountable for its actions and those of its employees. The nature and demands of law enforcement work sometimes cause our actions to be questioned by the public.

As your Chief of Police, I encourage you to call us when you have a concern. We will be happy to discuss the situation with you. Please feel free to contact us regarding our policies, procedures, employees, or any other matter of concern to you.

Our first-line supervisors are charged with the responsibility of responding to concerns regarding the actions of their employees. If you have such concern, I encourage you to call the department and ask to speak to the Watch Commander. The Watch Commander will return your call or speak with you in person as soon as possible. We have found that many concerns can be resolved satisfactorily by the Watch Commander.

If you have met with the Watch Commander and are unable to resolve the situation to your satisfaction or, if you prefer not to discuss the matter with the Watch Commander, you may submit your complaint directly to me in writing. An investigation will be completed quickly and professionally. You will be notified of the results of the investigation, but City policy precludes me from discussing specific action taken against employees.

Sincerely,

Daniel Hahn

RECEIVED

AUG 1 4 2014

ROSEVILLE POLICE RECORDS DIVISION

*ROSEVILLE POLICE DEPARTMENT*



COMMONLY ASKED QUESTIONS

RECEIVED

AUG 1 9 2014

ROSEVILLE POLICE RECORDS DIVISION

Q. WHO CAN MAKE A COMPLAINT?

A. Anyone who is concerned with the actions of the Department may make a complaint. The best way is to talk to the employee's supervisor. Call the Police Department's business number, 774-5000, and ask to talk to the Watch Commander.

Q. WHAT IF I AM NOT SATISFIED WITH WHAT THE WATCH COMMANDER TELLS ME?

A. You should ask for a Citizen's Complaint form. Complete the form, giving as much information as possible. Your completed complaint form will be given to the Chief of Police and will be assigned to an investigator. After a thorough investigation has been conducted, it will be returned to the Chief of Police for action.

Q. HOW LONG WILL THE INVESTIGATION TAKE?

A. Complaints by the public are investigated as quickly as possible and the length of the investigation will depend upon the complexity of the situation. The Investigator is required to keep you informed of the status of the investigation.

Q. WILL I BE ADVISED WHEN THE INVESTIGATION IS COMPLETED?

A. At the conclusion of the investigation you will receive a letter from the Chief of Police outlining his findings of the case. If it is determined that your complaint is valid, the employee or policy found to be in error will be evaluated and appropriate action taken. Appropriate action against an employee can range from re-training to punitive measures.

Q. MAY I TALK TO THE CHIEF?

A. The Chief of Police is always willing to talk with a member of the public. However, it is generally better to discuss problems directly with an employee's supervisor. This ensures consistent accountability for the actions of our employees. The Chief of Police reviews all complaints and must be satisfied with the thoroughness of the investigation before the findings are approved.

*ROSEVILLE POLICE DEPARTMENT*



**ROSEVILLE POLICE DEPARTMENT**
1051 JUNCTION BOULEVARD
ROSEVILLE, CA 95678
(916) 774-5010



RECEIVED

AUG 1 9 2014

**PERSONNEL COMPLAINT**

ROSEVILLE POLICE RECORDS DIVISION

DATE OF COMPLAINT: _Aug 19 2014_

DATE AND TIME OF INCIDENT: _Aug 2 2014 Approx 245_

LOCATION OF INCIDENT: _3300 Douglas Blvd Roseville Ca_

NAME OF EMPLOYEE(S) OR DESCRIPTION: _Lieberman, Gregory #1025_
_Ryland Michael #1048 Gilleland Ashley #535_

---

### PERSONNEL COMPLAINT ADMONISHMENT

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE THE RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT. EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THAT COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE (5) YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. (PENAL CODE SECTION 148.6)**

**YOU SHOULD ALSO BE AWARE THAT IF YOU KNOWINGLY AND MALICIOUSLY MAKE A FALSE COMPLAINT OF MISCONDUCT AGAINST AN OFFICER, THAT OFFICER MAY SEEK MONEY DAMAGES FROM YOU IN A CIVIL LAWSUIT. (CIVIL CODE SECTION 47.5)**

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENT AND CERTIFY THE FOREGOING

STATEMENTS BY ME ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: _____ DATE: _8-19-14_

### *ROSEVILLE POLICE DEPARTMENT*



PLEASE LIST THE DETAILS OF YOUR COMPLAINT.  INCLUDE NATURE OF COMPLAINT, NAMES
AND ADDRESSES OF WITNESSES, ANY DOCTOR, HOSPITAL, OR ATTORNEY CONTACTED
REGARDING THIS COMPLAINT. IT IS IMPORTANT THAT AS MANY FACTUAL DETAILS AS POSSIBLE
BE INCLUDED SO YOUR COMPLAINT MAY BE THOROUGHLY INVESTIGATED.  (PLEASE USE
ADDITIONAL SHEET IF NECESSARY)

not booking in evidence personal property
involved in the alleged commission of a
crime. (Stroller Baby stroller with bottles
of water / soda  Aug 19  10:13  just found out wifes property
was recieved by Cps agent instead of going into evidence.
( evidence tampering )
Officer stated in Report we had
no water and it was in stroller
I got the statment of the person who
gave us the water 35 minutes befor
, there should also have been found
in stroller the other beveragy we perchesd
from Railies  1 hour befor

NAME (please print): Kimberly Lockwood

ADDRESS: 9370 Ecker man Rd   PHONE: 515 991 9940

SIGNATURE: _____   DATE: 8-19-14

OFFICIAL RECEIVING COMPLAINT / OFFICER READING ACKNOWLEDGMENT TO COMPLAINANT:

SIGNATURE: _____   DATE: RECEIVED

RPD FORM 79 (07/04)

AUG 19 2014

ROSEVILLE POLICE RECORDS DIVISION