UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANDREW ADAM, | No. 2:14-cv-02091-MCE-GGH |
|---|---|
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| CHILD PROTECTIVE SERVICES, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's Motion for Reconsideration (ECF No. 7). That Motion is hereby DENIED.

IT IS SO ORDERED.

Dated: May 20, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE